No. 564. ATLANTIC COAST LINE RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* ELIZABETH A. MULLIGAN, AS ADMINISTRATRIX OF THE ESTATE OF W. E. MULLIGAN, DECEASED. In error to the Supreme Court of the State of South Carolina. Motion to dismiss or affirm or place on summary docket submitted January 8, 1917. Decided January 15, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Chicago Junction Railway Co.* v. *King*, 222 U. S. 222; *Seaboard Air Line* v. *Padgett*, 236 U. S. 668; *Great Northern Railway Co.* v. *Knapp*, 240 U. S. 464; *Baltimore & Ohio R. R. Co.* v. *Whitacre, ante*, 169. *Mr. P. A. Willcox, Mr. Frederic D. McKenney* and *Mr. Douglas McKay* for the plaintiff in error. *Mr. Benjamin E. Pierce* for the defendant in error.